(November 21, 1986)

■ In the Matter of the Application of RICHARD A. INSOGNA for Reinstatement as an Attorney.

Mahoney, P. J., Kane, Casey, Weiss and Levine, JJ., concur.